UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ernest Calvino Jr.
_____

Write the full name of each plaintiff.

20 CV 0757
_____CV_____
(Include case number if one has been assigned)

-against-

Tesla
Elon Monk
_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☑ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_using intellectual property without an agreement, neglect to approch for busness about trade secret_

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Ernest Calvino Jr._ , is a citizen of the State of
(Plaintiff's name)

_New york city_
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, __Tesla, Elon Monk__, is a citizen of the State of
             (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Ernest__      __Jr__      __Calvino__
First Name      Middle Initial      Last Name

__3600 Jerome Ave.__
Street Address

__Bronx__      __N.Y__      __10467__
County, City      State      Zip Code

Telephone Number      Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: _____
First Name          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City          State          Zip Code

Defendant 2: _____
First Name          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City          State          Zip Code

Defendant 3: _____
First Name          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City          State          Zip Code

Defendant 4: _____
   First Name            Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City         State         Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: _Bronx work with electronic monitor device_

Date(s) of occurrence: _Nov and last saturday_

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Enoveition taked from my with out my disaminating the information. I was in youtube around the month of november in a verizon wiless cellphone. I purchas the cellphone in a bus station in Washington D.C. around the beginning of November, store # 697900 under my name Ernest Calvino, email ernestcalvinojr@gmail.com I was watching youtube, during the new idea. I came up with adding or improveing the electric cars. The new idea was to add a new additional extra battery that can be removed, in additing to the regular one that comes with. I thouhg tow truck

Page 5

that can specialy in this electric cars I never thoung about the desing but I am going to say the one. I am thinking Now, Is to is Instal solar panel to the Floor of the tow truck to keed the replacesment with enegie. In adding, I was thinking about an ~~intention~~ enoveited the electric car with a device that charger a mini batter that is going to be use for all low voltesh thing inside the car for emergency respont like tow truck

**INJURIES:** police, ambulance and other. The battery is complely separated from the other ones.

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received. in an eng. can ~~toing~~ desing This device ~~com~~ can be like a plower ~~that~~ with air produc energie.

lost of trade Secrets
Gardnashment

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Money evaluating amount in hearing Information how they obtain the information Information about past intellectual property

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 1/28/2020 | Ernest Calvino |
| Dated | Plaintiff's Signature |
| Ernest / Jr / Calvino | |
| First Name / Middle Initial / Last Name | |
| 3600 Jerome Ave. | |
| Street Address | |
| Bronx / N.y. / 10467 | |
| County, City / State / Zip Code | |
| | |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☑ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.