UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEB -3 PM 1:49

Ernest Calvino Jr.

_____
Write the full name of each plaintiff.

-against-

Tesla

1:20-CV-00757-UA

_____
Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

_____CV_____
(Include case number if one has been assigned)

Amend ~~COMPLAINT~~

Do you want a jury trial?
☐ Yes   ☒ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2-3-20

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Data breach, conspiracy of ilegal spying, electronic harassment, conspiracy of computer theft, conspiracy of Trade Secret Theft

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __Ernest Calvino Jr.__, is a citizen of the State of
(Plaintiff's name)

__New York city__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

I. defendant is an individual:

The defendant, _Tesla_ (Defendant's name), is a citizen of the State of _____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of _____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Ernest_    _Jr._    _Calvino_
First Name    Middle Initial    Last Name

_3600 Jerome Ave._
Street Address

_Bronx_    _N.Y_    _10467_
County, City    State    Zip Code

Telephone Number      Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: _Elon_ _Monk_
First Name        Last Name

_Tesla_
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

County, City                State             Zip Code

Defendant 2: _____
First Name        Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

County, City                State             Zip Code

Defendant 3: _____
First Name        Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

County, City                State             Zip Code

Defendant 4:

_____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City           State           Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: _____via electronic communication_____

Date(s) of occurrence: _____

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I am resguesting to stop the process of Claim and hearing because of the bad sincuntase I am in. Part of the information on that claim is sensitive information that probably was toked by an ilegal spy, via or hided electronic audio or video. I need to patent first. My name is Ernest Calvino Jr. because I do not want the Tesla people to kno the Trade secret on the claim, I try to file. The reason is because they been involve with people in the past that have stolen intellectual property from

Page 5

my. They are part of the people that ilegaly steal my information with high Tech device that are hided in the places, I go, audio, video and The device that monitor my brain attivity I will like to protect that information patenting it, and later resguesting a hearing I am not ready for court hearing because the conspiracy that is against my. Theres people conspiary try to avoid my to prove my intellectuar property, conspiary to against my to avoid my

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Prove the brain monitor device exitet and that I am beeing ilegaly Spy and monitor.

Risck of Trede Secret beeing publish and losing the pantent, lost of information that part of investigation.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Justice, Resgueting support to patent, investicate other trade secret faked from my. Reguest all information to be private and protect. Patent all my intellectual property under my person, under my name, because of Scamer try to get in the hearing to obstruct my legal right, constitutional right, to obstruct my sucesses and avoid my to gain control over, my money, asset, busnesses, propetys, intellectual property (Trede Secrets).

Page 6

## ...AINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 2/3/2020 | | Ernest Calvino |
|---|---|---|
| Dated | | Plaintiff's Signature |
| Ernest | Jr | Calvino |
| First Name | Middle Initial | Last Name |

3600 Jerome Ave.
Street Address

Bronx                                       N.y.                          10467
County, City                                State                         Zip Code

_____                     _____
Telephone Number                            Email Address (if available)


I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☑ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

## CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

### Civil case(s) filed in the Southern District of New York:

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____


Name (Last, First, MI)

Address          City          State          Zip Code

Telephone Number          E-mail Address

Date          Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007